AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, LOCAL # 74, ET AL., APPELLEES, *v.* CITY OF WARREN ET AL., APPELLANTS.

[Cite as *Am. Fedn. of State, Cty., & Mun. Emps., Local # 74 v. Warren,* 122 Ohio St.3d 545, 2009-Ohio-4120.]

(No. 2008–1836—Submitted July 14, 2009—Decided August 20, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Lima v. State,* 122 Ohio St.3d 155, 2009-Ohio-2597, 909 N.E.2d 616.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

Green Haines Sgambati Co., L.P.A., Dennis Haines, and Charles W. Oldfield, for appellees American Federation of State, County, and Municipal Employees, Local # 74, and Warren Management Association.

Richard Cordray, Attorney General, Benjamin C. Mizer, Solicitor General, and Sharon A. Jennings and Pearl M. Chin, Assistant Attorneys General, for appellee state of Ohio.

Gregory V. Hicks, Law Director, and James R. Ries, Deputy Law Director, for appellants.